IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA J. NAVARRETE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3081 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| DAVBO CO., L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

On May 2, 2012, the Court entered an order (filing no. 5) which required the parties to file a Rule 26(f) Report on June 1, 2012.. On June 13, 2012, defense counsel filed a Rule 26(f) Report (filing no. 7) which states:

> Defendant attempted to contact Plaintiff's counsel on two separate occasions to schedule the required 26(f) conference. Specifically, on Thursday, May 31, 2012, Defense counsel contacted Plaintiff's counsel via email in an attempt to schedule a telephonic conference to discuss the Rule 26(f) report. Defense counsel also included a draft of the parties' Rule 26(f) report to aid Plaintiff's counsel in completing the Plaintiff's portion of the report. Plaintiff's counsel did not respond in any manner to Defense counsel's May 31st correspondence. Defense counsel sent Plaintiff's counsel additional email correspondence on Monday, June 11, 2012, once again requesting to meet and confer regarding the Rule 26(f) report. However, Plaintiff's counsel still did not respond in any manner. As of this date of this filing, Defense counsel has not received any communications from Plaintiff's counsel regarding the Rule 26(f) report. Consequently, Defendant hereby submits its own version of the Rule 26(f) report....

Filing No. 7. The plaintiff has not responded to the defendant's statements, and has not filed a separate Rule 26(f) Report.

Accordingly,

IT IS ORDERED that plaintiff shall have until June 29, 2012 to show cause why this case should not be dismissed for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

DATED this 16th day of June, 2012.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge